district court are reversed and the cause is remanded for trial in accordance with this opinion.

Opinion adopted by the Supreme Court, May 16, 1934.

PLAINVIEW BUILDING & LOAN ASSOCIATION
v. MRS. LILLIAN ROBBINS ET AL.

No. 6556.   Decided May 16, 1934.
(73 S. W., 2d Series, 92.)

*C. D. Russell,* of plainview, for appellant.

*J. W. Paulk* and *Smoot & Smoot,* of Wichita Falls, for appellees.

GUARDIAN TRUST COMPANY, TRUSTEE,
v. MRS. LOUISE TURNER ET VIR.

No. 6584.   Decided May 16, 1934.

*Walter H. Walne,* and *Baker, Botts, Andrews & Wharton,* all of Houston, for appellant.

*John & Levy,* of Houston, for appellees.

J. E. BROUSSARD ET AL. V. BEAUMONT PETROLEUM
SYNDICATE ET AL.

No. 6612.   Decided May 16, 1934.

*Lipscomb & Lipscomb,* of Beaumont, for plaintiffs in error.
*Oliver J. Todd,* of Beaumont, for defendants in error.